William T. McLaughlin II #116348
Ashley N. Emerzian, #278030
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Plaintiff SAN JOAQUIN VALLEY RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SAN JOAQUIN VALLEY RAILROAD COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.: 1:12-CV-01321-AWI-GSA<br><br>**STIPULATION AND ORDER RE TEMPORARY STAY OF ACTION**<br><br>**(Doc. 11)** |

The parties hereto, by and through their respective attorneys of record, hereby agree and stipulate that good cause exists for a temporary stay in this action insofar as there are current efforts to resolve this action.  The Parties are concurrently executing and filing a Request for Stay of the 9th Circuit Appeal in the related case, *BNSF Railway Company v. San Joaquin Valley Railroad Company, et al.*, Case No. 1:08-CV-01086-AWI-SMS, 9th Circuit Court of Appeal Case No. 12-17111.

Accordingly, in the interests of avoiding the expenditure and waste of court time and attorneys fees pending final resolution of these matters, the parties hereby request that the Court order that this action be stayed until such time that either party requests that the stay be lifted or the Court determines that the stay be should be lifted or otherwise be amended.

Dated:  December 17, 2012

Respectfully submitted,

LANG, RICHERT & PATCH, P.C.

By: /s/ William T. McLaughlin II
    William T. McLaughlin II
    Ashley N. Emerzian
    Attorneys for Plaintiff SAN JOAQUIN
    VALLEY RAILROAD COMPANY

Dated:  December 17, 2012

Respectfully submitted,

HILL, FARRER & BURRILL LLP

By: /s/ Paul M. Porter
    Paul M. Porter
    Stephen J. Tomasulo
    Attorneys for Defendant BNSF RAILWAY
    COMPANY

## **ORDER**

    Based on the above stipulation, Plaintiff's Motion for stay is GRANTED.  IT IS HEREBY ORDERED that this action be STAYED until further order of the Court.  The parties shall file a joint report outlining the status of the settlement negotiations every ninety (90) days from the date of this order.

IT IS SO ORDERED.

    Dated:  **January 10, 2013**            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Re Temporary Stay