William T. McLaughlin II #116348
Ashley N. Emerzian, #278030
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

**FILED**
FEB - 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Attorneys for Plaintiff SAN JOAQUIN VALLEY RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SAN JOAQUIN VALLEY RAILROAD COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.: 1:12-CV-01321-AWI-GSA<br><br>**STIPULATION TO VOLUNTARILY DISMISS ACTION** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SAN JOAQUIN VALLEY RAILROAD COMPANY and Defendant BNSF RAILWAY COMPANY, by and through their respective attorneys, stipulate to dismissal of the above-captioned action with prejudice. The parties have agreed that each side shall bear its own costs and fees.

Respectfully submitted,

Dated: February 6, 2013

LANG, RICHERT & PATCH, P.C.

By: /s/ William T. McLaughlin II
William T. McLaughlin II
Ashley N. Emerzian
Attorneys for Plaintiff SAN JOAQUIN VALLEY RAILROAD COMPANY

1

Stipulation to Voluntarily Dismiss Action

Dated: February 6, 2013

Respectfully submitted,

HILL, FARRER & BURRILL LLP

By: /s/ Paul M. Porter
Paul M. Porter
Stephen J. Tomasulo
Attorneys for Defendant BNSF RAILWAY COMPANY

It is so Ordered, Dated: 2-8-13

_____
United States District Judge